United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12408-amc
Donald MacPhee                                                        Chapter 13
Angela MacPhee
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1          Date Rcvd: Apr 16, 2019
                              Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db/jdb         +Donald MacPhee,   Angela MacPhee,   536 Carriage House Lane,   Harleysville, PA 19438-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Joint Debtor Angela  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Donald  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                           Chapter: 13
    Donald MacPhee and
Angela MacPhee
               Debtor(s)                   Bankruptcy No: 19−12408−amc

***O R D E R***

**AND NOW,** this 16th day of April, 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Atty Disclosure Statement due 04/29/2019
    Chapter 13 Plan due by 04/29/2019
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
    Form 122C−1 Due 04/29/2019
    Means Test Calculation Form 122C−2 − If Applicable − Due: 04/29/2019
    Schedules AB−J due 04/29/2019
    Statement of Financial Affairs due 04/29/2019
    Summary of Assets and Liabilities Form B106 due 04/29/2019
    Incomplete Filings due by 04/29/2019. Any request for an extension of time must be filed
    prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

6
Form 130