# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Donald MacPhee  
       Angela MacPhee

CHAPTER 13

BKY. NO. 19-12408 AMC

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

      Respectfully submitted,  
      **/s/ Rebecca A. Solarz, Esq**  
      Rebecca A Solarz, Esquire  
      KML Law Group, P.C.  
      701 Market Street, Suite 5000  
      Philadelphia, PA 19106-1532  
      (215) 627-1322