**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                            CASE NO.: 19-12408-amc
                                                                                                        **CHAPTER 13**

**Donald MacPhee,**
**and**
**Angela MacPhee,**

    **Debtors.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                           RAS Citron, LLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Road, Suite 202
                                           Fairfield, NJ 07004
                                           Telephone: 973-575-0707
                                           Facsimile: 973-404-8886
                                           By: /s/Andrea Betts
                                           Andrea Betts, Esquire
                                           Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JON M. ADELSTEIN
PENN'S COURT
350 SOUTH MAIN STREET SUITE 105
DOYLESTOWN, PA 18901

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET  SUITE 500
PHILADELPHIA, PA 19107

DONALD MACPHEE
536 CARRIAGE HOUSE LANE
HARLEYSVILLE, PA 19438

ANGELA MACPHEE
536 CARRIAGE HOUSE LANE
HARLEYSVILLE, PA 19438

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Andrea Betts
Andrea Betts, Esquire
Email: abetts@rascrane.com