# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DONALD MACPHEE | : | BKY. NO. 19-12408 |
| ANGELA MACPHEE | : | |
| | : | |
| DEBTOR | : | CHAPTER 13 |

### ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PLAN AND MEANS TEST

It is ORDERED that the Debtors shall have until  May 13 , 2019 to file the Schedules, Statement of Financial Affairs, Plan and Means Test.

BY THE COURT:

**Date: April 29, 2019**

_____
Ashely M. Chan
Bankruptcy Judge