United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Donald MacPhee  
Angela MacPhee  
    Debtors

Case No. 19-12408-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Apr 29, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.  
db/jdb         +Donald MacPhee,    Angela MacPhee,    536 Carriage House Lane,    Harleysville, PA 19438-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:  
         JON M. ADELSTEIN    on behalf of Joint Debtor Angela  MacPhee jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
         JON M. ADELSTEIN    on behalf of Debtor Donald  MacPhee jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                         TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DONALD MACPHEE                :        BKY. NO. 19-12408
       ANGELA MACPHEE             :
                                   :
       DEBTOR                     :        CHAPTER 13

**ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, PLAN AND MEANS TEST**

It is ORDERED that the Debtors shall have until __May 13__, 2019 to file the Schedules, Statement of Financial Affairs, Plan and Means Test.

BY THE COURT:

**Date: April 29, 2019**

_____
Ashely M. Chan
Bankruptcy Judge