# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12408-AMC

DONALD  MACPHEE
ANGELA  MACPHEE
536 CARRIAGE HOUSE LANE

HARLEYSVILLE, PA 19438-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DONALD  MACPHEE
  ANGELA  MACPHEE
  536 CARRIAGE HOUSE LANE

  HARLEYSVILLE, PA 19438-

Counsel for debtor(s), by electronic notice only.

  JON M ADELSTEIN ESQ
  350 S MAIN ST, SUITE 105

  DOYLESTOWN, PA 18901-

Date: 6/27/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee