UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DONALD MACPHEE                       NO. 19-12408 AMC
   ANGELA MACPHEE                      CHAPTER 13

**ORDER APPROVING STIPULATION TO VACATE AUTOMATIC STAY IN FAVOR OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC, REGARDING A LEASED 2016 FORD EXPLORER MOTOR VEHICLE**

In consideration of the Stipulation of counsel:

It is ORDERED, effective immediately:

CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the automatic stays of the Bankruptcy Code Section 362 as to the Vehicle, a **2016 FORD EXPLORER**, free to exercise its rights as a secured creditor.

BY THE COURT:

_____
Bankruptcy Judge

**Date: July 3, 2019**

Interested Parties:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

Michael H. Kaliner, Trustee
Adelstein & Kaliner, LLC
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA  18901