United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-12408-amc
Donald MacPhee                                                  Chapter 13
Angela MacPhee
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Virginia              Page 1 of 1              Date Rcvd: Jul 03, 2019
                             Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
db/jdb         +Donald MacPhee,   Angela MacPhee,   536 Carriage House Lane,   Harleysville, PA 19438-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
              JON M. ADELSTEIN    on behalf of Joint Debtor Angela  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Donald  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DONALD MACPHEE  NO. 19-12408 AMC
ANGELA MACPHEE  CHAPTER 13

### ORDER APPROVING STIPULATION TO VACATE AUTOMATIC STAY IN FAVOR OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC, REGARDING A LEASED 2016 FORD EXPLORER MOTOR VEHICLE

In consideration of the Stipulation of counsel:

It is ORDERED, effective immediately:

CAB East, LLC/Ford Motor Credit Company, LLC is granted relief from the automatic stays of the Bankruptcy Code Section 362 as to the Vehicle, a **2016 FORD EXPLORER**, free to exercise its rights as a secured creditor.

BY THE COURT:

_____
Bankruptcy Judge

**Date: July 3, 2019**

Interested Parties:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

Michael H. Kaliner, Trustee
Adelstein & Kaliner, LLC
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA  18901