# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12408-AMC

DONALD MACPHEE
ANGELA MACPHEE
536 CARRIAGE HOUSE LANE

HARLEYSVILLE, PA 19438-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DONALD MACPHEE
    ANGELA MACPHEE
    536 CARRIAGE HOUSE LANE

    HARLEYSVILLE, PA 19438-

**Counsel for debtor(s), by electronic notice only.**
    JON M ADELSTEIN ESQ
    350 S MAIN ST, SUITE 105

    DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                        /s/ William C. Miller

Date: 8/26/2019

                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee