# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-12408-AMC

DONALD MACPHEE
ANGELA MACPHEE
536 CARRIAGE HOUSE LANE

HARLEYSVILLE, PA 19438-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DONALD MACPHEE
  ANGELA MACPHEE
  536 CARRIAGE HOUSE LANE

  HARLEYSVILLE, PA 19438-

Counsel for debtor(s), by electronic notice only.

  JON M ADELSTEIN ESQ
  350 S MAIN ST, SUITE 105

  DOYLESTOWN, PA 18901-

Date: 10/24/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee