UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DONALD MacPHEE                           NO. 19-12408 AMC
   ANGELA MacPHEE                           CHAPTER 13

**PRAECIPE TO WITHDRAW CERTIFICATION OF NO
RESPONSE TO MOTION FOR RELIEF FROM STAY**

TO THE CLERK:

Please mark the Certification of No Response to Motion of Lincoln Automotive Financial Services for Relief from Stay as Withdrawn, without prejudice. A stipulation is to be filed. [Document 46].

Dated: November 6, 2019

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
(215) 886-1120

Copies served upon:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

Michael Kaliner, Esquire
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA 18901