UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DONALD MacPHEE                                   NO. 19-12408 AMC
   ANGELA MacPHEE                                   CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF LINCOLN AUTOMOTIVE FINANCIAL SERVICES FOR RELIEF FROM STAY RE: 2015 LINCOLN NAVIGATOR [DOCUMENT NO. 40]**

In consideration of the Stipulation of the parties in resolution of the Motion of Lincoln Automotive Financial Services, for Relief from Stay as to a 2015 Lincoln Navigator motor vehicle, it is hereby approved and made an immediately effective order of Court.

BY THE COURT:

_____
.J

**Date: November 25, 2019**

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA  19105

Michael Kaliner, Esquire
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA 18901