United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald MacPhee
Angela MacPhee
      Debtors

Case No. 19-12408-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 1     Date Rcvd: Nov 26, 2019
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db/jdb       +Donald MacPhee,    Angela MacPhee,    536 Carriage House Lane,    Harleysville, PA 19438-2529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
        CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
        HOWARD GERSHMAN    on behalf of Creditor    Lincoln Automotive Financial Services hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JON M. ADELSTEIN    on behalf of Debtor Donald MacPhee jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN    on behalf of Joint Debtor Angela MacPhee jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                 TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DONALD MacPHEE                          NO. 19-12408 AMC
    ANGELA MacPHEE                        CHAPTER 13

## ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF LINCOLN AUTOMOTIVE FINANCIAL SERVICES FOR RELIEF FROM STAY RE: 2015 LINCOLN NAVIGATOR [DOCUMENT NO. 40]

In consideration of the Stipulation of the parties in resolution of the Motion of Lincoln Automotive Financial Services, for Relief from Stay as to a 2015 Lincoln Navigator motor vehicle, it is hereby approved and made an immediately effective order of Court.

BY THE COURT:

**Date: November 25, 2019**

_____ .J

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

Michael Kaliner, Esquire
Penn's Court
350 South Main Street
Suite 105
Doylestown, PA 18901