**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DONALD MACPHEE
ANGELA MACPHEE

Chapter 13

                Debtor

Bankruptcy No. 19-12408-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 14, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
DONALD MACPHEE
ANGELA MACPHEE
536 CARRIAGE HOUSE LANE

HARLEYSVILLE, PA 19438-