```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania

In re:                                                         Case No. 19-12408-amc
Donald MacPhee                                                 Chapter 13
Angela MacPhee
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 3            Date Rcvd: Jan 14, 2020
                             Form ID: pdf900             Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db/jdb         +Donald MacPhee,   Angela MacPhee,   536 Carriage House Lane,   Harleysville, PA 19438-2529
cr             +DITECH FINANCIAL LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
14307639        Angela MacPhee,   536 Carriage Lane,   Harleysville, PA 19438
14307640       +Barclays,   1800 Second Street,   Suite 603,   Sarasota, FL 34236-5990
14307641       +Beneficial,   1818 Market Street,   Philadelphia, PA 19103-3638
14307643       +Beth & William Kearns,   P.O. Box 6448,   Lawrence Township, NJ 08648-0448
14307644       +Bluevine,   401 Warren Street,   Suite 300,   Redwood City, CA 94063-1578
14307647       +CAPITAL ONE,   BOX 628,   Buffalo, NY 14240-0628
14307645       +CAPITAL ONE,   BOX 469046,   Escondido, CA 92046-9046
14340717        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14307648       +CitiBank,   2 Industrial Way,   West Eatontown, NJ 07724-2265
14308897       +Credit One,   c/o Faloni Associates,   165 Passaic Avenue, Ste.301B,   Fairfield, NJ 07004-3592
14345174        DITECH FINANCIAL LLC,   PO BOX 12740,   TEMPE, AZ 85284-0046
14307649        DITECH HOME FINANCING,   PAYMENT PROCESING,   PO BOX 79135,   Phoenix, AZ 85062-9135
14312214       +Ditech Financial LLC,   c/o RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
14309467       ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,   PO Box 62180,
                 Colorado Springs, CO 80962)
14308899       +First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
14307651       +Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
14307652       +Gettington,   P.O. Box 610,   Sauk Rapids, MN 56379-0610
14307653       +Home Depot,   P.O. Box 2409,   Houston, TX 77252-2409
14307654       +JC PENNEY,   c/o D&A Services,   1400 E. Touhy Avenue,   Des Plaines, IL 60018-3305
14307657       +Lending Club,   1060 Andrews Dr.,   Suite 170,   West Chester, PA 19380-5601
14324918       +Lincoln  Automotive  Financial  Services,   P. O. Box 62180,   Colorado springs, CO 80962-2180
14307660        Macy's,   POI Box 9001108,   Louisville, KY 40290-1108
14308901       +Macy's,   c/o Citibank Internal Recovery,   P.O. Box 790034,   St. Louis, MO 63179-0034
14307661       +Marcia Thomas,   c/o Jay C. Glickman, Esquire,   PO Box 1277,   Lansdale, PA 19446-0726
14307667        Quicken Loans,   PO Box 6577,   Carol Stream, IL 60197-6577
14310794       +Quicken Loans Inc.,   c/o Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14307668       +Retail Capital Partners, LLC,   1250 Kirts Boulevard,   Suite 100,   Troy, MI 48084-4737
14308898       +Target,   c/o 1st Source Advantage,   205 Bryant Woods South,   Amherst, NY 14228-3609
14307669       +Via Sat, Inc.,   26000 Cannon Road,   Cleveland, OH 44146-1807
14353091       +WSFS fka,   Beneficial Bank,   1818 Market Street,   Philadelphia, PA 19103-3628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:04:31     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14307638        E-mail/Text: ally@ebn.phinsolutions.com Jan 15 2020 02:58:17     Ally,   Payment Processing,
                 P. O. Box 78234,   Phoenix, AZ 85062-8234
14341733        E-mail/Text: ally@ebn.phinsolutions.com Jan 15 2020 02:58:17     Ally Bank Lease Trust,
                 PO Box 130424,   Roseville, MN 55113-0004
14343501        E-mail/Text: ally@ebn.phinsolutions.com Jan 15 2020 02:58:17     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
14343465        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 03:05:17
                 Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14307642       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 03:04:32     Best Buy,
                 c/o Portfolio Recovery,   P.O. Box 12914,   Norfolk, VA 23541-0914
14307646        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2020 03:05:11     CAPITAL ONE,
                 PO BOX 30285,   Salt Lake City, UT 84130-0285
14324759       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2020 03:05:17
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14346680        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 02:58:23
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
14308900       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 02:58:35     Dress Barn,   c/o Midland Credit,
                 2365 N. Side Drive, Ste.300,   San Diego, CA 92108-2709
14307650       +E-mail/Text: bknotice@ercbpo.com Jan 15 2020 02:58:36     ERC,   PO Box 23870,
                 Jacksonville, FL 32241-3870
14307656        E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 02:58:18     KOHL'S,   PO BOX 3084,
                 Milwaukee, WI 53201-3084
14307655       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Jan 15 2020 02:58:55     Kabbage,
                 P.O. Box 77081,   Atlanta, GA 30357-1081
```

```
District/off: 0313-2           User: Virginia              Page 2 of 3              Date Rcvd: Jan 14, 2020
                               Form ID: pdf900             Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14308902       +E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 02:58:18      Kohl's,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14318183        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 03:04:35      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14317716        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 15 2020 03:04:34      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14307662       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 15 2020 03:04:35      Merrick Bank,
                 P. O. Box 171379,    Salt Lake City, UT 84117-1379
14307663       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 15 2020 03:05:16      Merrick Bank,
                 PO Box 5000,    Draper, UT 84020-5000
14339364       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 02:58:35      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14307664       +E-mail/Text: bnc@nordstrom.com Jan 15 2020 02:58:19      Nordstrom's,    PO Box 6566,
                 Englewood, CO 80155-6566
14307665       +E-mail/Text: bankruptcy@ondeck.com Jan 15 2020 02:58:55      On Deck,    1400 Broadway,
                 New York, NY 10018-5225
14326520       +E-mail/Text: bankruptcy@ondeck.com Jan 15 2020 02:58:55      On Deck Capital, Inc.,
                 c/o Christine Levi,    101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
14344735        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 03:16:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14307666        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:05:13      Pay Pal Credit,    PO Box 105658,
                 Atlanta, GA 30348-5658
14341945        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:27
                 Pennsylvania Department of Revenue,     Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14330762       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 15 2020 02:58:39      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14333402        E-mail/Text: bnc-quantum@quantum3group.com Jan 15 2020 02:58:24
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14334628       +E-mail/Text: bankruptcyteam@quickenloans.com Jan 15 2020 02:58:41      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14333989       +E-mail/Text: bncmail@w-legal.com Jan 15 2020 02:58:38      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14308417       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:04:32      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14334062       +E-mail/Text: bncmail@w-legal.com Jan 15 2020 02:58:38      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14307670       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 03:05:57      Walmart,
                 c/o Portfolio Recovery,    P.O. Box 12914,    Norfolk, VA 23541-0914
                                                                                              TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14307658        Lincoln Financial
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14307659      ##+MacPhee Electric LLC,    8 Cherry Street,    Hatfield, PA 19440-2406
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                   Signature:   /s/Joseph Speetjens

```
District/off: 0313-2              User: Virginia              Page 3 of 3              Date Rcvd: Jan 14, 2020
                                  Form ID: pdf900             Total Noticed: 66
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              HOWARD   GERSHMAN    on behalf of Creditor    Lincoln Automotive Financial Services
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JON M. ADELSTEIN    on behalf of Joint Debtor Angela  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Donald  MacPhee jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       Chapter 13
DONALD  MACPHEE
ANGELA  MACPHEE

                     Debtor                 Bankruptcy No. 19-12408-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 14, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-


Debtor:
DONALD  MACPHEE
ANGELA  MACPHEE
536 CARRIAGE HOUSE LANE

HARLEYSVILLE, PA 19438-